[Civ. No. 5948.   Third Appellate District.—September 30, 1937.]

HENRY JAMES COUCH et al., Plaintiffs and Appellants, v. N. E. McGREGOR et al., Respondents; M. W. BEALE et al., as Trustees, etc., Cross-Defendants and Appellants.

Walter Gould Lincoln for Appellants.

Carlo S. Morbio and Carl A. Onkka for Respondents.

THE ▮ This cause is before us upon a motion to dismiss the appeal taken by the plaintiffs from an order of

the trial court denying the motion of plaintiffs to strike out the appearance and answer of cross-defendant, Nevada Monarch Gold Mining Company, a corporation, to the cross-complaint filed in said action.

A reference to section 963 of the Code of Civil Procedure shows that no appeal lies from the order referred to. (See, also, the case of *Couch et al., Plaintiffs*, v. *McGregor et al., Defendants*, 19 Cal. App. (2d) 633 [66 Pac. (2d) 159], and the cases there cited.)

It is ordered that the appeal referred to be and the same is hereby dismissed, and that the *remittitur* issue forthwith.